FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 07, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ERIC LYNN HEARTBURG,<br><br>        Movant,<br><br>-vs-<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | No. 2:04-CR-0021-WFN-1<br><br>ORDER DENYING § 2255<br>MOTION AS MOOT |

Before the Court is Movant's 28 U.S.C. § 2255 Motion to Vacate, Set Aside or Correct Sentence. (ECF No. 34). The Court recently revoked Mr. Heartburg imposing time served with no additional supervised release. See ECF No. 59. The Court has reviewed the file and Movant's Motion and is fully informed. Accordingly,

**IT IS ORDERED** that Movant's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255, filed June 7, 2016, **ECF No. 34**, is **DENIED AS MOOT**.

The District Court Executive is directed to:

- File this Order,
- Provide copies to counsel
- **CLOSE** the corresponding civil file, 2:16-CV-0199-WFN.

**DATED** this 7th day of February, 2018.

                                              s/ Wm. Fremming Nielsen
                                           WM. FREMMING NIELSEN
                           SENIOR UNITED STATES DISTRICT JUDGE

02-07-18